# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

EDWARD DASHAUN SMITH

Case Number: 4:99-CR-00174-01 GTE

USM Number: 21925-009

**Date of Original Judgment:** 3-8-2001
**(Or Date of Last Amended Judgment)**

Robert O. Crego (Ret)
Defendant's Attorney

Upon motion of **X** the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
      ___135__ months is reduced to **_120 months_** .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): ___32___       Amended Offense Level: _____30_____
Criminal History Category: ____II____       Criminal History Category:_____II____
Previous Guideline Range: __135__to_ 168_months       Amended Guideline Range: __120 _to_ 135_months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
      at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated __March 8, 2001___ shall remain in effect.
**IT IS SO ORDERED.**

_ May 8, 2008_____       _/s/Garnett Thomas Eisele_____
Order Date       Signature of Judge

_____       G. Thomas Eisele, Sr. District Judge
Effective Date (if delayed)       Name and Title of Judge